### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04516-FWS-MBK | Date | October 7, 2025 |
| Title | Eugene Price v. J. Rose | | |

| Present: | Hon. Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE FOR FAILURE TO FILE SECOND AMENDED COMPLAINT

    This is a civil rights action. Plaintiff, Eugene Price, is a self-represented litigant and a prisoner at the California State Prison – Los Angeles County. Plaintiff filed his initial complaint in this action on May 8, 2025. Dkt. 1. Plaintiff filed a First Amended Complaint ("FAC") on May 30, 2025. Dkt. 5. On August 6, 2025, the Court issued an order screening Plaintiff's FAC, dismissing Plaintiff's FAC with leave to amend. Dkt. 13. That order gave Plaintiff until September 8, 2025 to file a Second Amended Complaint ("SAC") to cure the deficiencies identified in the FAC. *Id.* To date, Plaintiff has not filed a Second Amended Complaint or a statement of voluntary dismissal.[1]

    Plaintiff is ORDERED to show cause (that is, explain in writing) why the action should not be dismissed for failure to prosecute and obey Court orders. Plaintiff's (1) response to this OSC and (2) Second Amended Complaint or statement of voluntary dismissal are due on or before **November 6, 2025.**

    **Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b).** *Applied Underwriters, Inc. v. Lichtenegger*, **913 F.3d 884 (9th Cir. 2019).**

---

[1] Since this Court issued its screening order, Plaintiff filed Objections to the Magistrate Judge's Findings and Recommendations and a request for early discovery. Dkt. 17. The assigned district judge construed Plaintiff's objections as a motion for review of the magistrate judge's dismissal of Plaintiff's FAC. The district judge issued an order denying Plaintiff's motion for review and request for early discovery. Dkt. 18.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04516-FWS-MBK | Date | October 7, 2025 |
| Title | Eugene Price v. J. Rose | | |

     Plaintiff is advised of the following requirements for preparing and submitting documents in this case. Any document that does not comply with any of these requirements may be returned to Plaintiff without filing and will not be considered by the Court.

     1. All documents sent to the Court should be addressed to: "Clerk, U.S. District Court, 255 E. Temple St., Los Angeles, CA 90012." No documents or letters should ever be sent to the judge or the judge's staff.

     2. Each document must include the title and case number (including judges' initials). Documents should have at least a one-inch margin at the top of each page and should be printed or neatly handwritten on one side of the paper only. No document may exceed 25 pages in length (exclusive of tables and exhibits) without leave of court. This provision of the Local Rules applies to all briefs.

     3. Plaintiff must mail the Court the original and one copy of each document. Photocopies, printed copies, or clear handwritten copies are acceptable. The original and copy should be mailed in a single envelope. Plaintiff should keep a copy of any document sent to the Court.

     4. After any defendant has filed an appearance in this action, Plaintiff must file any future document with the Court and serve it on Defendant(s) by mailing a copy to defense counsel at the address given on court orders or defense filings. Plaintiff must attach a "proof of service" to the document when it is filed with the Court. The proof of service must state that a copy of the filed document was mailed to the defense attorney and when it was mailed.

     5. At the top of the first page of any document sent to the Court, Plaintiff must give his or her name and mailing address, and any other information needed for mail to be delivered. The Court will assume that the address is correct and will use it until informed otherwise. It is Plaintiff's responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

**Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address: A party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-04516-FWS-MBK | Date | October 7, 2025 |
| Title | Eugene Price v. J. Rose | | |

**If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.**

    **IT IS SO ORDERED.**