**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE PRICE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. ROSE, ET AL.,<br><br>        Defendants. | Case No. 2:25-cv-04516-FWS-MBK<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [21] AND OVERRULING OBJECTIONS [23]** |

**I.    Discussion**

Before the court is the Magistrate Judge's December 3, 2025, Report and Recommendation.  (Dkt. 21 ("Report and Recommendation").)  Based on the state of the record, as applied to the applicable law, the court **ADOPTS** the Report and Recommendation issued by the Magistrate Judge, including each of the findings of fact and conclusions of law therein.

-1-

In summary, on December 3, 2025, the Magistrate Judge issued the Report and Recommendation. (Dkt. 21) Thereafter, on or about December 24, 2025, Plaintiff Eugene Price ("Plaintiff") filed objections to the Report and Recommendation. (Dkt. 23 ("Objections").)

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions"). Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court."). Moreover, "[o]bjections to a R&R are not a vehicle to relitigate the same arguments carefully considered and rejected by the Magistrate Judge." *Chith v. Haynes*, 2021 WL 4744596, at *1 (W.D. Wash. Oct. 12, 2021).

In the Report and Recommendation, the Magistrate Judge included the following:

-2-

There is no apparent reason for Plaintiff's failure to file a response to this Court's OSC, an amended complaint, or otherwise comply with this Court's orders. Accordingly, it is recommended that the case be dismissed without prejudice for failure to prosecute and for disobeying court orders pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure.

(*Id*. at 2.)

After conducting a de novo review of the Objections, the court agrees with each of the findings of fact and conclusions of law set forth in the Report and Recommendation, including each of the recommendations contained therein. Accordingly, Plaintiff's arguments set forth in the Objections are **OVERRULED** on the merits.  In sum, the court has reviewed the record of the case, including the Report and Recommendation, the Objections.  After conducting a de novo review of the Objections, the court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

## II.   Conclusion

Based on the state of the record, as applied to the applicable law, the court adopts the Report and Recommendation and accepts each of the findings of fact and conclusions of law therein.  Accordingly, the court **ORDERS THAT JUDGMENT IS ENTERED DISMISSING THE ABOVE-CAPTIONED CASE WITHOUT PREJUDICE**.

Dated:  January 23, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE