JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

EUGENE PRICE,

          Plaintiff,

      v.

J. ROSE, ET AL.,

          Defendants.

Case No. 2:25-cv-04516-FWS-MBK

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 23, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE